**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

ANGEL RICARDO GALINDO RODRIGUEZ,

Petitioner,

v.

WARDEN, *Pike County Correctional Facility*,

Respondent.

No. 4:26-CV-01923

(Chief Judge Brann)

**ORDER**

**AUGUST 24, 2026**

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Galindo Rodriguez's 28 U.S.C. § 2241 petition (Doc. 1) is **GRANTED**;
2. Respondent **SHALL** release Galindo Rodriguez from custody within 48 hours of the date of this Order;
3. The Government shall not arrest, detain, or otherwise take Galindo Rodriguez into custody in relation to his immigration status for a period of fourteen days following his release from custody; and
4. Should Galindo Rodriguez be redetained pursuant to § 1226(a), the Government shall provide him with a bond hearing as soon as

reasonably practicable at which the Government shall bear the burden of proof by clear and convincing evidence;

5. Respondent **SHALL** file a certification with the Court on or before Friday, August 28, 2026, confirming that Galindo Rodriguez has been released from custody; and

6. The Clerk of Court is directed to **CLOSE** this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge